**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Prasant Patel,

Plaintiff,

v.

Dominique Vattuone,

Defendant.

No. CV-22-01852-PHX-MTL

**ORDER**

Pursuant to the Parties' Stipulation to dismiss action with prejudice (Doc. 75), and good cause appearing,

**IT IS ORDERED granting** the stipulation (Doc. 75) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** vacating the October 22, 2025 status conference.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

Dated this 20th day of October, 2025.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge